**1000**

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Charles A. CANNON, David H. Blair, and Wachovia Bank & Trust Company, Trustees of the Trust under the Will of James W. Cannon, Sr., Deceased, Respondents.

No. 3788.

Circuit Court of Appeals, Fourth Circuit.
Oct. 25, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

J. G. Korner, Jr., of Washington, D. C., for respondents.

PER CURIAM.
On motion of petitioner, cause is docketed and dismissed.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. CENTRAL LIFE ASSURANCE SOCIETY, MUTUAL.

No. 9845.

Circuit Court of Appeals, Eighth Circuit.
July 16, 1934.

Pat Malloy, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., Sewall Key, Sp. Asst. to Atty. Gen., and E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, and B. M. Coon, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Thomas Watters, Jr., and Maxwell A. O'Brien, both of Des Moines, Iowa, for respondent.

PER CURIAM.
Judgment of United States Board of Tax Appeals reversed, and cause remanded, with instructions to enter judgment in favor of petitioner, etc., pursuant to stipulation of parties.

Guy T. HELVERING, Commissioner of Internal Revenue, v. B. R. HAMMOND.

No. 1152.

Circuit Court of Appeals, Tenth Circuit.
Sept. 27, 1934.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

J. C. Campbell, of Charles City, Iowa, for respondent.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.
Petition for review dismissed on motion of petitioner.